671 A.2d 559

IN THE MATTER OF GREGORY M. IMPERIALE,
AN ATTORNEY AT LAW.

February 28; 1996.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court seeking the immediate temporary suspension from practice of **GREGORY M. IMPERIALE** of **NORTHFIELD**, who was admitted to the bar of this State in 1981, and **GREGORY M. IMPERIALE** having been ordered to show cause why he should not be temporarily suspended from practice and why the Court

should not take such other action as it deems appropriate; and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20-3(g)(4), **GREGORY M. IMPERIALE** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **GREGORY M. IMPERIALE** pursuant to *Rule* 1:21-6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **GREGORY M. IMPERIALE** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **GREGORY M. IMPERIALE** comply with *Rule* 1:20-20 dealing with suspended attorneys.